IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

MICHAEL PIZIAK,

        Plaintiff,

v.                        CIVIL ACTION NO.   5:12-cv-05728

KRISTEN KELLER, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

The Court has reviewed the various pleadings in this matter including: the Plaintiff's *Application to Proceed Without Prepayment of Fees* (Document 1); the Plaintiff's Motion for Immediate Injunctive Relief/Complaint (Document 2); the Plaintiff's Motion to Prevent Incarceration (Document 5); the *Defendants Kristen L. Keller, Tom Truman, Tom MacAuley, Andrew Dimlich, William Richmond, Pat Lamp, Ed Bibb, and John Gallaher's Motion to Strike Plaintiff's Motion to Stop Incarceration* (Document 8); the *Defendants Kristen L. Keller, Tom Truman, Tom MacAuley, Andrew Dimlich, William Richmond, Pat Lamp, Ed Bibb, and John Gallaher's Motion to Dismiss the Plaintiff's Complaint* (Document 14); and the *Defendants Little General Stores, Cory Beasley and Greg Darby's Joint Motion to Dismiss the Plaintiff's Complaint* (Document 17).

By *Standing Order* (Document 3) entered on September 21, 2012, this action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this

1

Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.  On April 24, 2013, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 23) wherein it is recommended that this Court:  deny the Plaintiff's *Application to Proceed Without Prepayment of Fees* (Document 1); deny the Plaintiff's *Motion for Immediate Injunctive Relief* (Document 2, pp. 1 - 2); deny the Plaintiff's Motion to Prevent Incarceration (Document 5); grant the *Defendants Kristen L. Keller, Tom Truman, Tom MacAuley, Andrew Dimlich, William Richmond, Pat Lamp, Ed Bibb, and John Gallaher's Motion to Dismiss the Plaintiff's Complaint* (Document 14); dismiss the Plaintiff's Complaint (Document 2, pp. 2 - 11); deny as moot the *Defendants Little General Stores, Cory Beasley and Greg Darby's Joint Motion to Dismiss the Plaintiff's Complaint* (Document 17); deny as moot the *Defendants Kristen L. Keller, Tom Truman, Tom MacAuley, Andrew Dimlich, William Richmond, Pat Lamp, Ed Bibb, and John Gallaher's Motion to Strike Plaintiff's Motion to Stop Incarceration* (Document 8); and remove this matter from the Court's docket.

Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by May 13, 2013.  No party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*.  The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Failure to file timely objections constitutes a waiver of *de novo* review and the Petitioner's right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** as follows:

1) The Plaintiff's *Application to Proceed Without Prepayment of Fees* (Document 1) is **DENIED**;

2) The Plaintiff's *Motion for Immediate Injunctive Relief* (Document 2, pp. 1 - 2) is **DENIED**;

3) The Plaintiff's Motion to Prevent Incarceration (Document 5) is **DENIED**;

4) The *Defendants Kristen L. Keller, Tom Truman, Tom MacAuley, Andrew Dimlich, William Richmond, Pat Lamp, Ed Bibb, and John Gallaher's Motion to Dismiss the Plaintiff's Complaint* (Document 14) is **GRANTED**;

5) The Plaintiff's Complaint (Document 2, pp. 2 - 11) is **DISMISSED**;

6) The *Defendants Little General Stores, Cory Beasley and Greg Darby's Joint Motion to Dismiss the Plaintiff's Complaint* (Document 17) is **DENIED AS MOOT**;

7) The *Defendants Kristen L. Keller, Tom Truman, Tom MacAuley, Andrew Dimlich, William Richmond, Pat Lamp, Ed Bibb, and John Gallaher's Motion to Strike Plaintiff's Motion to Stop Incarceration* (Document 8) is **DENIED AS MOOT**; and

8) This matter is **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge VanDervort, counsel of record, and any unrepresented party.

ENTER: May 15, 2013

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA